**CLEARY GIACOBBE ALFIERI JACOBS, LLC**
955 Route 34, Suite 200
Matawan, New Jersey 07747
Phone: (732) 583-7474
Fax: (732) 566-7687
Attorneys for Defendant, Kenneth Brown, Jr. in his official capacity as Chief of Wall Township Police Department

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of Park Ridge Police Department,<br><br>Defendants. | Case No.: 3:18-cv-10507 (PGS) (JBD)<br><br>Civil Action<br><br>**CERTIFICATE OF COUNSEL** |
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of | Case No.: 1:22-cv-4360 (RMB) (JBD) |

| | |
|---|---|
| New Jersey, PATRICK J. CALLAHAN, CHRISTINE A. HOFFMAN, BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutors,<br><br>                    Defendants. | |
| BLAKE ELLMAN, THOMAS R. ROGERS, ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.<br><br>                    Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, LT. RYAN MCNAMEE, in his official capacity as Officer in Charge of the Chester Police Department, and KENNETH BROWN, JR., in his official capacity as Chief of the Wall Township Police Department,<br><br>                    Defendants. | Case No.: 3:22-cv-4397 (PGS)(JBD) |

      MITCHELL B. JACOBS, of full age, hereby certifies and says:

      1.    I am an Attorney-at-Law of the State of New Jersey duly licensed to practice in the United States District Court for the District of New Jersey, and a Partner of the law firm Cleary Giacobbe Alfieri Jacobs, LLC, attorneys for Defendant, Kenneth Brown, Jr. in his official capacity as Chief of Wall Township Police Department (hereinafter "Defendant") in the above-captioned matter. As

such, I am personally familiar with the facts stated herein. I make this Certification in support of Defendant's Motion for Summary Judgment.

2. Attached hereto as "Exhibit A" is a true and accurate copy of Plaintiffs' Complaint.

3. Attached hereto as "Exhibit B" is a true and accurate copy of the Township of Wall Resolution No. 22-0910 Authorization to Appoint an Acting Chief of Police.

4. Attached hereto as "Exhibit C" is a true and accurate copy of Mitchell Jacobs' email to Daniel L. Schmutter, counsel for Plaintiffs Blake Ellman, Thomas R. Rogers, Association of New Jersey Rifle & Pistol Clubs, Inc, dated November 11, 2022.

5. Attached hereto as "Exhibit D" is a true and accurate copy of an email chain between Mitchell B. Jacobs and Daniel L. Schmutter, during March of 2023.

6. Attached hereto as "Exhibit E" is a true and accurate copy of a follow up email from Mitchell B. Jacobs to Daniel L. Schmutter, dated May 18, 2023.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: /s/ *Mitchell B. Jacobs*
MITCHELL B. JACOBS

Dated: November 2, 2023