**CLEARY GIACOBBE ALFIERI JACOBS, LLC**
955 Route 34, Suite 200
Matawan, New Jersey 07747
Phone: (732) 583-7474
Fax: (732) 566-7687
Attorneys for Defendant, Kenneth Brown, Jr. in his official capacity as Chief of Wall Township Police Department

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., BLAKE ELLMAN, and MARC WEINBERG,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, RYAN MCNAMEE, in his official capacity as Chief of Police of the Chester Police Department, and JOSEPH MADDEN, in his official capacity as Chief of Police of Park Ridge Police Department,<br><br>Defendants. | Case No.: 3:18-cv-10507 (PGS) (JBD)<br><br>Civil Action<br><br>**CERTIFICATE OF SERVICE** |
| MARK CHEESEMAN, TIMOTHY CONNELLY, and FIREARMS POLICY COALITION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of | Case No.: 1:22-cv-4360 (RMB) (JBD) |

| | |
|---|---|
| New Jersey, PATRICK J. CALLAHAN, CHRISTINE A. HOFFMAN, BRADLEY D. BILLHIMER, in his official capacity as Ocean County Prosecutors,<br><br>    Defendants. | |
| BLAKE ELLMAN, THOMAS R. ROGERS, ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, PATRICK CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police, LT. RYAN MCNAMEE, in his official capacity as Officer in Charge of the Chester Police Department, and KENNETH BROWN, JR., in his official capacity as Chief of the Wall Township Police Department,<br><br>    Defendants. | Case No.: 3:22-cv-4397 (PGS)(JBD) |

On November 2, 2023, the undersigned, a Paralegal at the law firm of Cleary Giacobbe Alfieri Jacobs, LLC, attorneys for Defendant, Kenneth Brown, Jr. in his official capacity as Chief of Wall Township Police Department (hereinafter "Defendant"), caused a copy of the Defendant's Notice of Motion for Summary Judgment, Certification of Mitchell B. Jacobs, Esq., together with Exhibits A - E, Brief in Support, Proposed Order, and this Certificate of Service to be filed with

4893-2508-1741, v. 1

the United States District Court, District of New Jersey, thereby effectuating service on all parties of record in the above-referenced matter.

Dated: November 2, 2023

*Jessie Rehfuss*
Jessie Rehfuss